George Hotis, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.

(Argued December 3, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 17, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*E. Countryman* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

The Trustees of the Village of Geneva, Appellant, v. The Brush Electric Company of Cleveland, Ohio, Respondent.

(Argued December 3, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 1, 1889, which denied a motion for a new trial and ordered judgment for defendant upon a verdict directed by the court.

*Arthur P. Rose* for appellant.

*William E. Cushing* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.